STATE OF MAINE

YORK, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. RE-01-095

PAF - YOR - 1/28/2003

EASTBROOK TIMBER CO., INC.,

Plaintiff

DONALD L. GARBRECHT
LAW LIBRARY

FEB 3 2003

v.                                                     ORDER

BRIAN DURANCEAU, as Trustee of
The Amara, Ashley Alyssa Realty Trust,

Defendant

The defendant has filed a motion for summary judgment based on 14 M.R.S.A. §816. The motion is denied as it is not sufficiently clear that the defendant's deed adequately describes the claimed property, *Solomon's Rock Trust v. Davis*, 675 A.2d 506, 510 (Me. 1996) and that the defendant has demonstrated "exclusive, peaceable, continuous and adverse possession."

The entry is:

Defendant's motion for summary judgment is denied. Plaintiff's request that summary judgment be granted to it is denied.

Dated:        January 28, 2003

Paul A. Fritzsche
Justice, Superior Court

PLAINTIFF:
Joseph V. Lenkowski, Esq.
Scaccia, Lenkowski & Aranson
P.O. Box 929
Sanford ME  04073

DEFENDANTS:
William S. Kany, Esq.
Smith Elliott Smith & Garmey
PO Box 1179
Saco ME  04072-1179